Horace COX, Plaintiff-Appellant,

v.

GIACOMO COSTA SU ANDREA S.A. and J. H. Winchester Company, Defendants.

Pokorny, Schrenzel & Pokorny, Appellees.

No. 154, Docket 24808.

United States Court of Appeals Second Circuit.

Argued Jan. 16, 1958.

Decided Jan. 16, 1958.

Lebovici & Safir, New York City (Harold D. Safir, New York City, of counsel), for plaintiff-appellant.

Pokorny, Schrenzel & Pokorny, Brooklyn, N. Y. (Ralph Stout and Charles Pokorny, Brooklyn, N. Y., of counsel, for appellees.

Before MEDINA and MOORE, Circuit Judges, and GALSTON, District Judge.

PER CURIAM.

Order reversed in open court and action remanded for a hearing for the purpose of determining the disputed facts and making an assessment as to the proper fee.

Richard ASKEW, By His Guardian, Elsie E. Laing, Plaintiff, Appellant,

v.

Roger CROUCH et al., d/b/a The Crouch School for Boys, Defendants, Appellees.

No. 5303.

United States Court of Appeals First Circuit.

Jan. 14, 1958.

Charles W. Tobey, Jr., Concord, N. H., for appellant.

F. B. Clancy, Nashua, N. H., with whom Clancy & O'Neill, Nashua, N. H., was on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

Pierre BOURGEOIS, Plaintiff-Appellant,

v.

BANQUE FRANCAISE DU COMMERCE EXTERIEUR, Defendant-Appellee.

No. 117, Docket 24706.

United States Court of Appeals Second Circuit.

Submitted Dec. 13, 1957.

Decided Jan. 14, 1958.

Jacob Rassner, New York City, for appellant.

Shearman & Sterling & Wright, New York City (Herman E. Compter, New York City, of counsel), for appellee.

Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Bank of America v. Whitney Central National Bank, 261 U.S. 171, 43 S.Ct. 311, 67 L.Ed. 594. And see International Shoe Co. v. State of Washington, 326 U.S. 310, 66 S. Ct. 154, 90 L.Ed. 95; McGee v. International Life Ins. Co., 78 S.Ct. 199.